1112

No. 10–6846. BITTICK v. KOSTER, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied. ■

No. 10–6847. BAINES v. CHICAGO BOARD OF EDUCATION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–6851. SKAINS v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied. ■

No. 10–6859. WILSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6861. SMITH v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–6867. HADDAD v. RIVER FOREST POLICE DEPARTMENT ET AL. C. A. 7th Cir. Certiorari denied. ■

No. 10–6869. MANNING v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6874. FRANKLIN v. U. S. BANK NATIONAL ASSN. C. A. 5th Cir. Certiorari denied.

No. 10–6880. RITON, AKA RITEN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6881. RAY v. BURNETTE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–6888. MOORE v. NEW JERSEY. C. A. 3d Cir. Certiorari denied. ■

No. 10–6889. NEWMAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6890. SMITH v. CASH, ACTING WARDEN. C. A. 9th Cir. Certiorari denied. ■

No. 10–6892. ASBURY v. DRISKELL ET AL. C. A. 4th Cir. Certiorari denied. ■